OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFI...

**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/19/2015
BETTS, THOMAS EDWARD    Tr. Ct. No. W05-58299-M (A)    WR-81,988-02

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

THOMAS EDWARD BETTS
ROBERTSON UNIT - TDC # 1859221
12071 FM 3522
ABILENE, TX 79601

RELEASED ✗ PKG FROM INDI... 
NAME & NUMBER DO NOT MATCH
NEED TD # 
PKG FROM UNAUTHOR...

discharged